

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2018

No. 04-18-00487-CV

**IN RE** Samantha Renee **VEGA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice

On July 17, 2018, relator filed a petition for writ of mandamus and a motion for emergency relief, which we denied. After considering the petition, rulings made by the trial court at a subsequent hearing, and briefing filed by relator after the hearing, this court concludes relator is not entitled to the relief sought because the petition for writ of mandamus is moot. Accordingly, the petition for writ of mandamus is dismissed as moot. *See* TEX. R. APP. P. 52.8(a). This court's opinion will issue at a later date.

It is so **ORDERED** on September 18, 2018.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-CI-12371, styled *In the Matter of the Marriage of Christopher Post and Samantha Rene Vega*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.